UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                            :
:
    -v-                                                                 :    19-CR-613 (PAE)
:
JOSE LOPEZ,                                                         :    SCHEDULING ORDER
:
    Defendant.                                          :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

    The Court schedules sentencing in this case for **September 29, 2021** at **2:30 p.m.** in **Coutroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  For the safety of all involved, the Court requests that members of the public who wish to attend this conference use the following dial in information to access the conference; call 888-363-4749 and use access code 468-4906.

    SO ORDERED.

*Paul A. Engelmayer*

Dated: September 22, 2021
       New York, New York
                                            PAUL A. ENGELMAYER
                                            United States District Judge